# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| EMCASCO INSURANCE COMPANY AND EMPLOYERYS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>VAN DYKEN DRILLING, INC.,<br><br>    Defendant. | CV-23-62-BU-JTJ<br><br>**ORDER** |

On July 23, 2024, the Court denied Emcasco Ins. Co. and Employers Mutual Casualty Co. motion for partial summary judgment. (Doc. 40).  Accordingly,

IT IS ORDERED, the Final Pre-Trial Conference set for August 19, 2024, and the jury trial set for August 20, 2024, are VACATED.

IT IS FURTHER ORDERED that the parties shall file a joint status report with the Court within 14 days after the underlying State Court action pending in the Eighteenth Judicial District Court has been resolved.

DATED this 2nd day of August 2024.

John Johnston
United States Magistrate Judge